JOE JEFFRIES V. THE STATE.

No. 22300. Delivered November 18, 1942.

The opinion states the case.

No attorney for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was assessed a fine of $150.00 upon his plea of guilty to a complaint charging a violation of the liquor laws.

The appeal presents nothing for our consideration and the judgment of the trial court is affirmed.